# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DCNC NORTH CAROLINA I, L.L.C. and GOOSE MARSH, L.L.C., Appellants, v. WACHOVIA BANK, N.A., Appellee. | : : : : : : : : : : | CIVIL ACTIONS<br><br>No. 09-3775<br>No. 09-3776 |

## ORDER

AND NOW, this 13th day of November, 2009, after review of all the briefs in this bankruptcy appeal, it is hereby **ORDERED** that the Order of the bankruptcy court dated July 13, 2009 is **AFFIRMED**. The Clerk is directed to mark these cases closed.

/s/ Norma L. Shapiro

J.